IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TROY TREVOR EVELYN,
A35-169-963,

      Petitioner,

vs.                                      Case No. 4:11cv385-SPM/WCS

ERIC H. HOLDER, JR., et al.,

      Respondents.

_____/

## ORDER and REPORT AND RECOMMENDATION

Petitioner, proceeding *pro se*, filed a petition seeking a writ of habeas corpus under § 2241 on August 10, 2011.  Doc. 1.  Respondents filed a response to the petition in mid-October, 2011.  Doc. 10.  Nothing was received from Petitioner, who failed to file a reply to the answer or response filed by Respondents as explained in the service order.

While reviewing this case, I noted that Respondents had stated in their response that as of September 23, 2011, a travel document was pending for Petitioner.  I entered an order directing the parties to respond and advise whether or not there remained a case or controversy.  Doc. 11.  Petitioner's copy of that order was returned to the Court as undeliverable.  Doc. 12.  Respondents have now filed a motion to dismiss, doc. 13,

advising that the case is moot because Petitioner was granted the relief sought. Respondents state that Petitioner was released from custody on October 21, 2011, pending his removal from the United States.  *Id.*

Petitioner's request for relief in this case was limited to release from detention. Petitioner did not challenge the validity of the removal order, only his indefinite detention under Zadvydas v. Davis, 533 U.S. 678 (2001).  *Id.*  Because Petitioner has been afforded the relief sought, this § 2241 petition should now be dismissed as moot.

Respondent's motion to dismiss, doc. 13, contains a certificate of service which provides a "forwarding address" for Petitioner.  The Clerk of Court will be directed to provide this report and recommendation to Petitioner at the forwarding address only.

**ORDER**

Accordingly, it is **ORDERED** that the Clerk of Court shall provide a copy of this report and recommendation to Petitioner at the address listed on Exhibit 1: 1721 Anniston Road, Apartment 323, Jacksonville, Florida 32246.

**RECOMMENDATION**

In light of the above facts, it is respectfully **RECOMMENDED** that the § 2241 petition filed by Petitioner Troy Trevor Evelyn be **DISMISSED as moot** since Petitioner has been released from detention.

**IN CHAMBERS** at Tallahassee, Florida, on January 6, 2012.

       s/    William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

## **NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

Case No. 4:11cv385-SPM/WCS