IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TROY TREVOR EVELYN,
A35-169-963,

      Petitioner,

v.                              CASE NO. 4:11cv385-SPM/WCS

ERIC H. HOLDER, et al.,

      Respondents.

_____/

**<u>ORDER</u>**

THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated January 6, 2012 (doc. 14). Petitioner has been provided an opportunity to file objections, but no objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted. Accordingly, it is hereby ORDERED as follows:

    1.    The magistrate judge's report and recommendation (doc. 14) is ADOPTED and incorporated by reference in this order.

    2.    The 2241 petition for writ of habeas corpus is dismissed as moot

because Petitioner has been released from detention.

DONE AND ORDERED this 7th day of February, 2012.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge